NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### IKORONGO TEXAS LLC, IKORONGO TECHNOLOGY LLC,
*Plaintiffs-Appellants*

**v.**

### BUMBLE TRADING LLC,
*Defendant-Appellee*

---

2022-2044

---

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00256-ADA, Judge Alan D. Albright.

---

**JUDGMENT**

---

NATHAN HALL, Nix Patterson, LLP, Austin, TX, argued for plaintiffs-appellants. Also represented by JESSICA UNDERWOOD, NICHOLAS ANDREW WYSS; KARL RUPP, Sorey & Hoover LLP, Waco, TX; HOWARD N. WISNIA, Wisnia PC, San Diego, CA.

NOAH CAREY GRAUBART, Fish & Richardson P.C., Atlanta, GA, argued for defendant-appellee. Also

represented by Ashley Bolt; Ruffin B. Cordell, Washington, DC; Andrew Pearson, Boston, MA.

––––––––––––––––––––––

This Cause having been heard and considered, it is

Ordered and Adjudged:

Per Curiam (Dyk, Prost, and Stoll, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

Entered by Order of the Court

September 8, 2023    /s/ Jarrett B. Perlow
Date            Jarrett B. Perlow
              Clerk of Court